UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES A. DONAHUE, et al., | CASE NO. CV F 13-1472 LJO SKO |
| Plaintiffs, | **ORDER TO DISMISS AND CLOSE ACTION** |
| vs. | (Doc. 15.) |
| SUNTRUST MORTGAGE, INC., | |
| Defendant. | |

Based on plaintiffs' notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1. DISMISSES without prejudice this entire action and all claims;

2. VACATES all pending matters and dates, including the November 20, 2013 hearing on defendant's F.R.Civ.P. 12(b)(6) motion to dismiss; and

3. DIRECTS the clerk to close this action.

This Court will take no action on defendant's motion to dismiss as dismissal renders the motion moot.

IT IS SO ORDERED.

Dated: __**November 6, 2013**__       /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE

1